1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                       )<br>                                                            )<br>      v.                                                 )<br>                                                            )<br>CESAR R. QUINONES-FLORES,   )<br>                                                            )<br>            Defendant.                  )<br>                                                            )<br>                                                            ) | NO. 1:08-cr-00153 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:  August 11, 2008<br>Time:  9:00 a.m.<br>Judge:  Hon. Anthony W. Ishii |

The parties filed the following stipulation:

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for August 4, 2008, **may be continued to August 11, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                                        McGREGOR M. SCOTT
                                                                        United States Attorney

DATED: July 24, 2008                          By    /s/ Ian  L. Garriques
                                                                        IAN L. GARRIQUES
                                                                        Assistant United States Attorney
                                                                        Attorney for Plaintiff

|   |   |
|---|---|
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 24, 2008 | By  /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CESAR R. QUINONES-FLORES |

**ORDER**

In light of the above stipulation, **IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 24, 2008**              /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE